**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL C. ROMIG,

              Petitioner

              v.

MIFFLIN COUNTY TAX CLAIM BUREAU,

              Respondent

:  No. 461 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:

**ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.